IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH R. KARSNER, IV<br>2294 Lighthouse Lane<br>Connolly Springs, North Carolina  28612<br><br>    Petitioner<br><br>v.<br><br>CHERYL TAYLOR<br>593 Sunset Drive<br>Hanover, Pennsylvania  17331<br><br><u>Serve on</u>:<br><br>William B. Young, Jr., Esq.<br>Colling, Gilbert, Wright & Carter<br>2301 Maitland Center Parkway, Suite 240<br>Maitland, Florida  32751<br><br>and<br><br>FINRA<br>1735 K Street, N.W.<br>Washington, D.C.  20006<br><br>    Respondents | Civil Action No.: |

## NOTICE OF FILING TO CONFIRM ARBITRATION AWARD

TO:       William B. Young, Jr., Esq.
              Colling, Gilbert, Wright & Carter
              2301 Maitland Center Parkway, Suite 240
              Maitland, Florida  32751

              and

              FINRA
              B.G. Brooks, Esq.
              Terri Reicher, Esq.
              1735 K Street, N.W.
              Washington, D.C.  20006

Please take notice that on this 5th day of November, 2007, a civil action to confirm an arbitration award was filed in the United States District Court for the District of Columbia. Any subsequent filings in the matter should be filed electronically.

Respectfully submitted,

George S. Mahaffey Jr., Esq. (#MD15083)
Jeffrey J. Hines, Esq. (#406090)
Christopher Corchiarino, Esq.
Goodell, DeVries, Leech & Dann, L.L.P.
One South Street, 20th Floor
Baltimore, MD 21202
(410) 783-4993
(410) 783-4040

Richard J. Magid, Esq.
Whiteford, Taylor & Preston, LLP
7 Saint Paul Street
15th Floor
Baltimore, MD 21202-1697
(410) 347-8716

*Attorneys for Petitioner*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _5th_ of November 2007, a copy of the foregoing was sent via first class mail to the following:

B.G. Brooks, Esquire
Terri Reicher, Esquire
FINRA
1735 K Street, N.W.
Washington, D.C. 20006
*Counsel for FINRA*

William B. Young, Jr., Esquire
Colling, Gilbert, Wright & Carter
2301 Maitland Center Parkway, Suite 240
Maitland, Florida 32751
*Counsel for the Respondent Taylor*

George S. Mahaffey Jr.

**902546**