IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH R. KARSNER, IV<br><br>    Petitioner<br><br>v.<br><br>CHERYL TAYLOR<br><br>and<br><br>FINRA<br><br>    Respondents | Civil Action No.:  I:07-CV-02008-RJL |

## ENTRY OF APPEARANCE

Dear Clerk:

　　Please enter the appearance of Betty G. Brooks, Financial Industry Regulatory Authority, Inc. ("FINRA"), as counsel for the defendant, FINRA, in the above-captioned case.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　Betty G. Brooks, D.C. Bar No. 414299
　　　　　　　　　　　　　　　　　　Associate General Counsel
　　　　　　　　　　　　　　　　　　Financial Industry Regulatory
　　　　　　　　　　　　　　　　　　Authority, Inc.
　　　　　　　　　　　　　　　　　　1735 K Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　　　Telephone (202) 728-8288

　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　Financial Industry Regulatory
　　　　　　　　　　　　　　　　　　Authority, Inc

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of November, 2007, a copy of the foregoing paper was filed with the Court's electronic case filing system and was mailed, via first-class mail, postage prepaid, to:

>Richard J. Magid
>Whiteford, Taylor & Preston
>7 Saint Paul Street
>Baltimore, MD  21202
>
>George S, Mahaffey
>Goodell, DeVries, Leech & Dann, L.L.P.
>One South Street, 20th Floor
>Baltimore, MD  21202
>
>and
>
>William B. Young, Jr.
>Colling, Gilbert, Wright & Carter
>801 N. Orange Avenue, Suite 830
>Orlando, FL  32801

.                                   /s/
                                    Betty G. Brooks